WENDEL, Appellant, v. ROYAL INS. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. November 3, 1911.) Action by John G. Wendel against the Royal Insurance Company and others. E. S. Clinch, for appellant. E. D. Worcester, for

respondents. No opinion. Judgment and order affirmed, with costs. Order filed.